UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TIM CHAPMAN and KENNETH A.
MODICA, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.                                              Case No: 1:12-cv-24561-JEM

REMINGTON ARMS COMPANY, LLC.,
SPORTING GOODS PROPERTIES, INC.,
and E.I. DU PONT NEMOURS AND
COMPANY,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

    Counsel for Plaintiffs Tim Chapman and Kenneth A. Modica hereby discloses the following pursuant to this Court's December 5, 2012 Order and F.R.C.P. 7.1:

1.    The name of each person, attorney, associate of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

| **DEFENDANT** | **COUNSEL OF RECORD** |
|---|---|
| Remington Arms Company, LLC | Dale G. Wills, Swanson Martin & Bell, LLP |
| Sporting Goods Properties, Inc. | |
| E.I. DuPont Nemours and Company | |

| **PLAINTIFFS** | **COUNSEL OF RECORD** |
|---|---|
| Tim Chapman | Jordan L. Chaikin |
| Kenneth A. Modica | Parker Waichman LLP; |
| | |
| | Jon D. Robinson, Christopher Ellis, |
| | Bolen Robinson & Ellis, LLP; |
| | |
| | John R. Climaco, John A. Peca, |
| | Climaco, Wilcox, Peca, Tarantino & Garofoli Co., LPA; |
| | |
| | Richard J. Arsenault, |
| | Neblett, Beard & Arsenault; |

  Eric D. Holland, R. Seth Crompton,
  Holland, Groves, Schneller & Stolze, LLC;

  Charles E. Schaffer, Brian F. Fox,
  Levin, Fishbein, Sedran & Berman;

  Richard Ramler,
  Ramler Law Office, P.C.;

  Timothy W. Monsees,
  Monsees, Miller, Mayer, Presley & Amick, P.C.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

 **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

 **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

 **Tim Chapman**
 **Kenneth A. Modica**

 I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: February 4, 2013    By: /s/ Jordan L. Chaikin
           Jordan L. Chaikin
           Florida Bar Number 0878421
           **Parker Waichman LLP**
           3301 Bonita Beach Road, Suite 101
           Bonita Springs, Florida 34134
           Telephone: (239) 390-1000
           Facsimile: (239) 390-0055
           Email: jchaikin@yourlawyer.com

           Jon D. Robinson
           Christopher M. Ellis
           **Bolen Robinson & Ellis, LLP**

202 South Franklin, 2nd Floor
Decatur, Illinois  62523
Telephone:  217-429-4296
Fax:  217-329-0034
Email:  jrobinson@brelaw.com
      cellis@brelaw.com

John R. Climaco
John A. Peca
**Climaco, Wilcox, Peca, Tarantino & Garofoli Co., LPA**
55 Public, Suite 1950
Cleveland, OH 44113
Email: jrclim@climacolaw.com
      japeca@climacolaw.com

Richard J. Arsenault
**Neblett, Beard & Arsenault**
2220 Bonaventure Court
Alexandria, LA 71301
Telephone: (800) 256-1050
Email: rarsenault@nbalawfirm.com

Eric D. Holland
R. Seth Crompton
**Holland, Groves, Schneller & Stolze, LLC.**
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Tel: (314) 241-8111
Fax: (314) 241-5554
Email:  eholland@allfela.com
      scrompton@allfela.com

Charles E. Schaffer
Brian F. Fox
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
Email: cschaffer@lfsblaw.com
      bfox@lfsblaw.com

Richard Ramler
**Ramler Law Office, P.C.**
202 West Madison Avenue
Belgrade, Montana 59714
Email: richardramler@aol.com

        Timothy W. Monsees
**Monsees, Miller, Mayer, Presley & Amick, P.C.**
4717 Grand Avenue, Suite 820
Kansas City, Missouri 64112
Email: tmonsees@mmmpalaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 4th day of February, 2013, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ Jordan L. Chaikin
Jordan L. Chaikin
Florida Bar Number 0878421
**Parker Waichman LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: jchaikin@yourlawyer.com