**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

TIM CHAPMAN and KENNETH A.
MODICA, on behalf of themselves
and all others similarly situated,

    Plaintiffs,         CASE NO.:1:12-cv-24561-JEM

v.

REMINGTON ARMS COMPANY, LLC.,
SPORTING GOODS PROPERTIES, INC.
and E.I. DU PONT NEMOURS AND
COMPANY,

    Defendants.
_____/

**NOTICE OF CHANGE OF FIRM NAME**
**AND CONTACT INFORMATION**

  PLEASE TAKE NOTICE that effective immediately, contact information for Counsel for Plaintiffs Timothy W. Monsees, is as follows:

  Mr. Timothy W. Monsees
  Monsees & Mayer, P.C.
  4717 Grand Avenue, Suite 820
  Kansas City, Missouri 64112
  Phone: (816) 361-5550
  Email: tmonsees@monseesmayer.com; cmcneely@monseesmayer.com; and
    mstewart@monseesmayer.com

  Plaintiffs' counsel respectfully requests that the Court update this information accordingly for CM/ECF Notifications and all counsel of record take notice of same.

Dated: February 6, 2013

        Respectfully submitted,

By:   /s/ Jordan L. Chaikin
      Jordan L. Chaikin
      Florida Bar Number 0878421
      **Parker Waichman LLP**
      3301 Bonita Beach Road, Suite 101
      Bonita Springs, Florida 34134
      Telephone: (239) 390-1000
      Facsimile: (239) 390-0055
      Email: jchaikin@yourlawyer.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Change of Firm Name and Contact Information was served by electronic service on February 6, 2013, on all counsel or parties of record on the service list.

By:   /s/ Jordan L. Chaikin
      Jordan L. Chaikin
      Florida Bar Number 0878421
      **Parker Waichman LLP**
      3301 Bonita Beach Road, Suite 101
      Bonita Springs, Florida 34134
      Telephone: (239) 390-1000
      Facsimile: (239) 390-0055
      Email: jchaikin@yourlawyer.com

**Case No.: 1:12-cv-24561-JEM**
**SERVICE LIST**

Jon D. Robinson
Christopher M. Ellis
**Bolen Robinson & Ellis, LLP**
202 South Franklin, 2nd Floor
Decatur, Illinois  62523
Email:  jrobinson@brelaw.com
           cellis@brelaw.com
*Attorneys for Plaintiffs*

Richard Arsenault
**Neblett, Beard & Arsenault**
2220 Bonaventure Court
Alexandria, LA 71301
Email: rarsenault@nbalawfirm.com
*Attorneys for Plaintiffs*

Charles E. Schaffer
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Email: cschaffer@lfsblaw.com
*Attorneys for Plaintiffs*

Timothy W. Monsees
**Monsees & Mayer P.C.**
4717 Grand Avenue, Suite 820
Kansas City, Missouri 64112
Email: tmonsees@monseesmayer.com
*Attorneys for Plaintiffs*

John R. Climaco
John A. Peca
**Climaco, Wilcox, Peca, Tarantino & Garofoli Co., LPA**
55 Public, Suite 1950
Cleveland, OH 44113
Email: jrclim@climacolaw.com
           japeca@climacolaw.com
*Attorneys for Plaintiffs*

Eric D. Holland
R. Seth Crompton
**Holland, Groves, Schneller & Stolze, LLC.**
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Email: eholland@allfela.com
           scrompton@allfela.com
*Attorneys for Plaintiffs*

Richard Ramler
**Ramler Law Office, P.C.**
202 West Madison Avenue
Belgrade, Montana 59714
Email: richardramler@aol.com
*Attorneys for Plaintiffs*

Dale G. Wills
**Swanson Martin & Bell, LLP**
330 N. Wabash, Suite 3300
Chicago, IL 60611
Email:  dwills@smbtrials.com
*Counsel for Defendants*