UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TIM CHAPMAN and KENNETH A.
MODICA, on behalf of themselves
and all others similarly situated,

       Plaintiffs,                        CASE NO.:1:12-cv-24561-JEM

v.

REMINGTON ARMS COMPANY, LLC.,
SPORTING GOODS PROPERTIES, INC.
and E.I. DU PONT NEMOURS AND
COMPANY,

       Defendants.
_____/

**NOTICE OF ADDITIONS OF CM/ECF NOTIFICATION
FOR PRO HAC VICE ATTORNEYS**

COMES NOW Counsel for Plaintiffs, and respectfully requests that the Court add the following email addresses for CM/ECF Notifications for the following pro hac vice attorneys:

Jon D. Robinson, add dwhitsett@brelaw.com;

Christopher M. Ellis, add lara@brelaw.com;

John R. Climaco, add gmhenn@climacolaw.com;

R. Seth Crompton, add tblasa@allfela.com;

Richard Arsenault, add drushton@nbalawfirm.com

Charles E. Schaffer, add bfox@lfsblaw.com;

Richard Ramler, add cherylwoodland@aol.com;

Dated: February 12, 2013

Respectfully submitted,

By:   /s/ Jordan L. Chaikin
Jordan L. Chaikin
Florida Bar Number 0878421
**Parker Waichman LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email:  jchaikin@yourlawyer.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Change of Firm Name and Contact Information was served by electronic service on February 12, 2013, on all counsel or parties of record on the service list.

By:   /s/ Jordan L. Chaikin
Jordan L. Chaikin
Florida Bar Number 0878421
**Parker Waichman LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email:  jchaikin@yourlawyer.com

**Case No.: 1:12-cv-24561-JEM**
**SERVICE LIST**

Mr. Jon D. Robinson
Mr. Christopher M. Ellis
**Bolen Robinson & Ellis, LLP**
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
*Attorneys for Plaintiffs*

Mr. Richard Arsenault
**Neblett, Beard & Arsenault**
2220 Bonaventure Court
Alexandria, LA 71301
*Attorneys for Plaintiffs*

Mr. Charles E. Schaffer
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
*Attorneys for Plaintiffs*

Mr. Timothy W. Monsees
**Monsees & Mayer P.C.**
4717 Grand Avenue, Suite 820
Kansas City, Missouri 64112
*Attorneys for Plaintiffs*

Mr. John R. Climaco
Mr. John A. Peca
**Climaco, Wilcox, Peca, Tarantino & Garofoli Co., LPA**
55 Public, Suite 1950
Cleveland, OH 44113
*Attorneys for Plaintiffs*

Mr. Eric D. Holland
Mr. R. Seth Crompton
**Holland, Groves, Schneller & Stolze, LLC.**
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
*Attorneys for Plaintiffs*

Mr. Richard Ramler
**Ramler Law Office, P.C.**
202 West Madison Avenue
Belgrade, Montana 59714
*Attorneys for Plaintiffs*

Mr. Dale G. Wills
**Swanson Martin & Bell, LLP**
330 N. Wabash, Suite 3300
Chicago, IL 60611
*Counsel for Defendants*