UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 12-24561-CIV-MARTINEZ-MCALILEY**

TIM CHAPMAN and KENNETH A. MODICA,
on behalf of themselves and all others similarly
situated,

    Plaintiffs,

vs.

REMINGTON ARMS COMPANY, LLC,
SPORTING GOODS PROPERTIES, INC., and
E.I. DU PONT NEMOURS AND COMPANY,

    Defendants.
_____/

## ORDER ON MOTION FOR ANDREW S. LEROY TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Plaintiffs' Motion for Andrew S. Leroy to Appear *Pro Hac Vice* and Request to Electronically Receive Notices of Electronic Filing **(D.E. No. 27)**. The Court has considered the motion and has been sufficiently advised. It is hereby:

**ORDERED AND ADJUDGED** that

Plaintiffs' Motion for Andrew S. Leroy to Appear *Pro Hac Vice* and Request to Electronically Receive Notices of Electronic Filing **(D.E. No. 27)** is hereby **GRANTED in part and DENIED in part**. The motion is denied in that counsel admitted *pro hac vice* may only receive notices of electronic filing at one email address.[1] The motion is otherwise granted. Designated local counsel, Jordan Chaikin, shall, pursuant to Rule 4 of the Local Rules Governing

---

[1] Local counsel can add secondary email addresses to their CM/ECF account.

Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk is **DIRECTED** to add the following email address to the docket, aleroy@monseesmayer.com, to ensure counsel admitted *pro hac vice* receives all future notices of electronic filing.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of February, 2013.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record