UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TIM CHAPMAN and KENNETH A. MODICA, on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

REMINGTON ARMS COMPANY, LLC.,
SPORTING GOODS PROPERTIES, INC.,
and E.I. DU PONT DE NEMOURS AND COMPANY,

    Defendants.
_____/

CASE NO.: 1:12-CV-24561-JEM

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

  Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order Requiring Parties to Meet and File Joint Scheduling Report and Proposed Order and Directing Parties to File Certificates of Interested Parties [D.E. 7], Defendants Remington Arms Company, LLC, Sporting Goods Properties, Inc., and E.I. du Pont de Nemours & Company file this Certificate of Interested Persons and Corporate Disclosure Statement and state that the following are the persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of the case:

**Plaintiffs:**

Tim Chapman
Kenneth A. Modica

**Attorneys and Law Firms for Plaintiffs:**

Richard J. Arsenault, Esq.
Jordan Lucas Chaikin, Esq.
John R. Climaco, Esq.

689905 v2

R. Seth Crompton, Esq.
Christopher M. Ellis, Esq.
Brian F. Fox, Esq.
Eric D. Holland, Esq.
Andrew S. Leroy, Esq.
Timothy W. Monsees, Esq.
John A. Peca, Esq.
Richard A. Ramler, Esq.
Jon D. Robinson, Esq.
Douglas E. Rushton, Esq.
Charles E. Schaffer, Esq.
Bolen Robinson & Ellis, LLP
Climaco Lefkowitz Peca Wilcox & Garofoli Co LPA
Holland, Groves, Schneller & Stolze, LLC
Levin, Fishbein, Sedran & Berman
Monsees & Mayer, P.C.
Neblett Beard & Arsenault
Parker Waichman LLP
Ramler Law Office, P.C.

**Defendants:**

Remington Arms Company, LLC ("Remington") is a Delaware limited liability company. The sole member of Remington is FGI Operating Company, LLC ("FGI Operating"), a Delaware limited liability company. FGI Operating's sole member is FGI Holding Company, LLC ("FGI Holding"), a Delaware limited liability company. FGI Holding's sole member is Remington Outdoor Company, Inc., a Delaware corporation. No publicly owned company owns more than ten percent (10%) of the stock of Remington Arms Company, LLC.

Sporting Goods Properties, Inc. is a Delaware corporation. E.I. du Pont de Nemours & Company is the parent company of Sporting Goods Properties, Inc. No other publicly traded company owns more than ten percent (10%) of the stock of Sporting Goods Properties, Inc.

E.I. du Pont de Nemours & Company ("DuPont) is a publicly traded Delaware corporation. No other publicly traded company owns more than ten percent (10%) of the stock of DuPont. DuPont's subsidiaries[1] are:

    Belco Technologies Corporation
    Christiana Insurance, LLC
    Coastal Training Technologies Corp.
    DuPont Nutrition Biosciences ApS
    DuPont (Australia) Ltd.
    DuPont (Changshu) Fluoro Technology Co., Ltd.
    DuPont (China) Research & Development and Management Co., Ltd.

---

[1] This list is from Exhibit 21 to DuPont's 10-K Annual Report.

689905 v2

DuPont (Korea) Inc.
DuPont (U.K.) Industrial Limited
DuPont (U.K.) Ltd.
DuPont Acquisition, LLC
DuPont Agricultural Caribe Industries, Ltd.
DuPont Apollo (Shenzhen) Limited
DuPont Argentina S.R.L.
DuPont Asturias, S.L.
DuPont Capital Management Corporation
DuPont Chemical and Energy Operations, Inc.
DuPont China Holding Company Ltd.
DuPont China Limited
DuPont Company (Singapore) Pte Ltd.
DuPont Coordination Center N.V.
DuPont de Nemours (Belgium) BVBA
DuPont de Nemours (Deutschland) GmbH
DuPont de Nemours (France) S.A.S.
DuPont de Nemours (Luxembourg) SARL
DuPont de Nemours (Nederland) B.V.
DuPont de Nemours Development S.A.
DuPont de Nemours Holding SA
DuPont de Nemours International S.A.
DuPont de Nemours Italiana S.r.l.
DuPont Deutschland Holding GmbH & Co. KG
DuPont do Brasil S.A.
DuPont Electronics Microcircuits Industries, Ltd.
DuPont Energy Company, LLC
DuPont Global Operations, Inc.
DuPont Integration, LLC
DuPont Iberica, S.L.
DuPont International (Luxembourg) SCA
DuPont International Operations SARL
DuPont Kabushiki Kaisha
DuPont KGA B.V.
DuPont Mexico S.A. de C.V.
DuPont NLco BV
DuPont Operations (Luxembourg) SARL
DuPont Operations Worldwide, Inc.
DuPont Operations, Inc.
DuPont Properties (Luxembourg) S.A.R.L
DuPont Quimica de Venezuela, C.A.
DuPont Taiwan Limited
DuPont Technology (Luxembourg) S.a.r.l.
DuPont Trading (Shanghai) Co., Ltd.
E.I. DuPont Canada – Thetford Inc.
E.I. DuPont Canada Company

689905 v2

E.I. DuPont India Private Limited
EKC Technology, Inc.
First Chemical Corporation
Holding DuPont S.A. de C.V.
Howson Algraphy BV
Initiatives de Mexico, S.A. de C.V.
Innovalight Inc.
MECS Inc.
Pioneer Hi-Bred International, Inc.
Solae L.L.C.
Sporting Goods Properties, Inc.

**Attorneys for Defendants:**

Paul T. Reid, Esq.
Daniel B. Rogers, Esq.
Michael A. Holt, Esq.
Dale G. Wills, Esq.
James B. Vogts, Esq.
John K. Sherk, Esq.
Amy M. Crouch, Esq.
Shook, Hardy & Bacon, LLP
Swanson, Martin & Bell, LLP

    Respectfully submitted,

    By: /s/ Daniel B. Rogers
        PAUL T. REID
        Fla. Bar No. 314382
        preid@shb.com
        DANIEL B. ROGERS
        Fla. Bar No. 195634
        drogers@shb.com
        MICHAEL A. HOLT
        Fla. Bar No. 91156
        mholt@shb.com
        **SHOOK, HARDY & BACON LLP**
        201 S. Biscayne Boulevard, Suite 3200
        Miami, Florida 33131-4332
        Tel:    (305) 358-5171
        Fax:   (305) 358-7470

        JOHN K. SHERK
        jsherk@shb.com
        AMY M. CROUCH
        amcrouch@shb.com

689905 v2

                              **SHOOK, HARDY & BACON LLP**
                              2555 Grand Boulevard
                              Kansas City, Missouri  64108
                              Tel:       (816) 474-6550
                              Fax:       (816) 421-5547

                              DALE G. WILLS
                              dwills@smbtrials.com
                              JAMES B. VOGTS
                              jvogts@smbtrials.com
                              **SWANSON, MARTIN & BELL, LLP**
                              330 N. Wabash Avenue, Suite 3300
                              Chicago, Illinois 60611
                              Tel:       (312) 923-8266
                              Fax:       (312) 321-0990

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served by the method of service specified below on this 1st day of March, 2013 on all counsel or parties of record on the Service List below.

                              By:  /s/ Daniel B. Rogers
                                    Daniel B. Rogers

689905 v2

**SERVICE LIST**
*Chapman, et al. v. Remington Arms Company, LLC, et al.*
Case No. 12-CV-24561-JEM
United States District Court, Southern District of Florida

**Jordan Lucas Chaikin**
Parker Waichman LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
(239) 390-1000
Fax: (239) 390-0055
Email: jchaikin@yourlawyer.com
*Attorneys for Plaintiffs*
Service by CM/ECF

**John R. Climaco**
**John A. Peca**
Climaco Lefkowitz Peca Wilcox & Garofoli Co LPA
55 Public Square, Suite 1950
Cleveland, OH 44113
(216) 621-8484
Fax: (216) 771-1632
Email: jrclim@climacolaw.com
  japeca@climacolaw.com
*Attorneys for Plaintiffs*
Service by CM/ECF

**Eric D. Holland**
**R. Seth Crompton**
Holland, Groves, Schneller & Stolze, LLC
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
(314) 241-8111
Email: eholland@allfela.com
  scrompton@allfela.com
*Attorneys for Plaintiffs*
Service by CM/ECF

**Jon D. Robinson**
**Christopher M. Ellis**
Bolen Robinson & Ellis, LLP
202 South Franklin, 2nd Floor
Decatur, IL 62523
(217) 429-4296
Email: jrobinson@brelaw.com
  cellis@brelaw.com
*Attorneys for Plaintiffs*
Service by CM/ECF

**Richard J. Arsenault**
**Douglas E. Rushton**
Neblett Beard & Arsenault
PO Box 1190
Alexandria, LA 71309-1190
(318) 487-9874
Fax: (318) 561-2591
Email: rarsenault@nbalawfirm.com
  drushton@nbalawfirm.com
*Attorneys for Plaintiffs*
Service by CM/ECF

**Charles E. Schaffer**
**Brian F. Fox**
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(212) 592-1500
Email: cschaffer@lfsblaw.com
  bfox@lfsblaw.com
*Attorneys for Plaintiffs*
Service by CM/ECF

689905 v2

**Richard A. Ramler**
Ramler Law Office, P.C.
202 West Madison Avenue
Belgrade, MT 59714
(406) 388-0150
Email:  richardramler@aol.com
*Attorneys for Plaintiffs*
Service by CM/ECF

**Dale G. Wills**
**James B. Vogts**
Swanson, Martin & Bell, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 923-8266
Fax:  (312) 321-0990
Email:  dwills@smbtrials.com
          jvogts@smbtrials.com
*Attorneys for Defendants*

**John K. Sherk**
**Amy M. Crouch**
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri  64108
(816) 474-6550
Fax:  (816) 421-5547
Email:  jsherk@shb.com
          amcrouch@shb.com
*Attorneys for Defendants*

**Timothy W. Monsees**
**Andrew S. Leroy**
Monsees & Mayer, P.C.
4717 Grand Avenue, Suite 820
Kansas City, MO 64112
(816) 361-5550
Email:  tmonsees@monseesmayer.com
          aleroy@monsesmayer.com
*Attorneys for Plaintiffs*
Service by CM/ECF

**Paul T. Reid**
**Daniel B. Rogers**
**Michael A. Holt**
Shook, Hardy & Bacon LLP
201 S. Biscayne Boulevard, Suite 3200
Miami, Florida 33131-4332
(305) 358-5171
Fax:  (305) 358-7470
Email:  pried@shb.com
          drogers@shb.com
          mholt@shb.com
*Attorneys for Defendants*

689905 v2