UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TIM CHAPMAN and KENNETH A.
MODICA, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

v.

CASE NO.: 1:12-CV-24561-JEM

REMINGTON ARMS COMPANY, LLC.,
SPORTING GOODS PROPERTIES, INC.
and E.I. DU PONT DE NEMOURS AND
COMPANY,

        Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs, Tim Chapman and Kenneth A. Modica, by and through undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(a), respectfully move for an Order extending the time for Plaintiffs to respond to Defendants' Motion to Dismiss, to April 1, 2013, and as grounds would show:

1. Plaintiffs filed the Class Action Complaint in the instant case on December 31, 2012. In response, Defendants filed their Motion to Dismiss (Doc. 32) on March 1, 2013. Accordingly, Plaintiffs' response to same is currently due on March 18, 2013.

2. Defendants' Motion alleges that Plaintiffs' claims should be dismissed because Plaintiffs' claims are barred by the applicable statute of limitations and the economic loss rule, fail to plead viable warranty claims, and lack the requisite specificity and factual support to state a cause of action under Rule 9(b).

3. Plaintiffs respectfully request a 14-day extension of time to respond to Defendants' Motion.

4. This Motion is being filed in good faith, is not being filed for purposes of delay, and will not prejudice any party.

5. Undersigned counsel certifies that he has conferred with Counsel for Remington and that the parties consent to the relief requested herein.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order extending the time for Plaintiffs to respond to Defendants' Motion to Dismiss to April 1, 2013, and for such other relief as is deemed just and proper.

                                        Respectfully submitted,

By:    /s/ Jordan L. Chaikin
       Jordan L. Chaikin
       Florida Bar Number 0878421
       **PARKER WAICHMAN LLP**
       3301 Bonita Beach Road, Suite 101
       Bonita Springs, Florida 34134
       Telephone: (239) 390-1000
       Facsimile: (239) 390-0055
       Email: jchaikin@yourlawyer.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 5th day of March 2013, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By:    /s/ Jordan L. Chaikin
       Jordan L. Chaikin
       Florida Bar Number 0878421
       **PARKER WAICHMAN LLP**
       3301 Bonita Beach Road, Suite 101
       Bonita Springs, Florida 34134
       Telephone: (239) 390-1000
       Facsimile: (239) 390-0055
       Email: jchaikin@yourlawyer.com