

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TIM CHAPMAN and KENNETH A.
MODICA, on behalf of themselves
and all others similarly situated,

        Plaintiffs,                  CASE NO.:1:12-cv-24561-JEM

v.

REMINGTON ARMS COMPANY, LLC.,
SPORTING GOODS PROPERTIES, INC.
and E.I. DU PONT NEMOURS AND
COMPANY,

        Defendants.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of W. Mark Lanier of the Lanier Law Firm, 6810 FM 1960 West, Houston, Texas 77069; 713.659.5200 for purposes of appearance as co-counsel on behalf of Plaintiffs Tim Chapman and Kenneth A. Modica in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit W. Mark Lanier to receive electronic filings in this case, and in support thereof states as follows:

1. W. Mark Lanier is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Texas.

2. Movant, Jordan Chaikin, Esquire, of the law firm of Parker Waichman LLP, 3301 Bonita Beach Road, Bonita Springs, Florida 34134, Telephone: (239) 390-1000, is a member in good standing of the The Florida Bar and the United States District Court for the Southern District of

Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant, Jordan Chaikin, consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, W. Mark Lanier has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. W. Mark Lanier by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to W. Mark Lanier at email address: WML@lanierlawfirm.com.

WHEREFORE, Jordan Chaikin moves this Honorable Court to enter an Order W. Mark Lanier to appear before this Court on behalf of Plaintiffs Tim Chapman and Kenneth A. Modica, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to W. Mark Lanier.

Dated: April 3, 2013

Respectfully submitted,

By: _____
Jordan L. Chaikin
Florida Bar Number 0878421
**Parker Waichman LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: jchaikin@yourlawyer.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TIM CHAPMAN and KENNETH A.
MODICA, on behalf of themselves
and all others similarly situated,

        Plaintiffs,                     CASE NO.:1:12-cv-24561-JEM

v.

REMINGTON ARMS COMPANY, LLC.,
SPORTING GOODS PROPERTIES, INC.
and E.I. DU PONT NEMOURS AND
COMPANY,

        Defendants.
_____/

## CERTIFICATION OF W. MARK LANIER

W. Mark Lanier, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of Texas.

_____
W. Mark Lanier

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by electronic service on April 3, 2013, on all counsel or parties of record on the service list.

Respectfully submitted,

By: _____
Jordan L. Chaikin
Florida Bar Number 0878421
**Parker Waichman LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: jchaikin@yourlawyer.com
*Attorneys for Plaintiffs*

Case No.: 1:12-cv-24561-JEM
**SERVICE LIST**

Jon D. Robinson
Christopher M. Ellis
**Bolen Robinson & Ellis, LLP**
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Email: jrobinson@brelaw.com
cellis@brelaw.com
*Attorneys for Plaintiffs*

Richard J. Arsenault
Douglas E. Rushton
**Neblett, Beard & Arsenault**
2220 Bonaventure Court
Alexandria, LA 71301
Email: rarsenault@nbalawfirm.com
drushton@nbalawfirm.com
*Attorneys for Plaintiffs*

Charles E. Schaffer
Brian F. Fox
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Email: cschaffer@lfsblaw.com
bfox@lfsblaw.com
*Attorneys for Plaintiffs*

Timothy W. Monsees
Andrew S. Leroy
**Monsees & Mayer P.C.**
4717 Grand Avenue, Suite 820
Kansas City, Missouri 64112
Email: tmonsees@monseesmayer.com
aleroy@monseesmayer.com
*Attorneys for Plaintiffs*

Paul T. Reid
Daniel B. Rogers
Michael A. Holt
**Shook, Hardy & Bacon LLP**
201 S. Biscayne Blvd., Suite 3200
Miami, FL 33131-4332
Phone: 305.358.5171
Fax: 305.358.7470
Email: pried@shb.com
drogers@shb.com
mholt@shb.com
*Attorneys for Defendants*

Dale G. Wills
James B. Vogts
**Swanson Martin & Bell, LLP**
330 N. Wabash, Suite 3300
Chicago, IL 60611
Email: dwills@smbtrials.com
jvogts@smbtrials.com
*Counsel for Defendants*

John R. Climaco
John A. Peca
**Climaco, Wilcox, Peca, Tarantino & Garofoli Co., LPA**
55 Public, Suite 1950
Cleveland, OH 44113
Email: jrclim@climacolaw.com
japeca@climacolaw.com
*Attorneys for Plaintiffs*

Eric D. Holland
R. Seth Crompton
**Holland, Groves, Schneller & Stolze, LLC.**
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Email: eholland@allfela.com
scrompton@allfela.com
*Attorneys for Plaintiffs*

Richard Ramler
**Ramler Law Office, P.C.**
202 West Madison Avenue
Belgrade, Montana 59714
Email: richardramler@aol.com
*Attorneys for Plaintiffs*

W. Mark Lanier
**The Lanier Law Firm**
6810 F.M. 1960 Rd. West
Houston, TX 77069
Email: wml@lanierlawfirm.com
*Attorneys for Plaintiffs*

John K. Sherk
Amy M. Crouch
**Shook, Hardy & Bacon LLP**
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816.421.5547
Email: jsherk@shb.com
amcourch@shb.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TIM CHAPMAN and KENNETH A.
MODICA, on behalf of themselves
and all others similarly situated,

    Plaintiffs,        CASE NO.:1:12-cv-24561-JEM

v.

REMINGTON ARMS COMPANY, LLC.,
SPORTING GOODS PROPERTIES, INC.
and E.I. DU PONT NEMOURS AND
COMPANY,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for W. Mark Lanier, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. W. Mark Lanier may appear and participate in this action on behalf of Tim Chapman and Kenneth A. Modica. The Clerk shall provide electronic notification of all electronic filings to W. Mark Lanier at WML@lanierlawfirm.com.

DONE AND ORDERED in Chambers at 400 North Miami Avenue, Room _____,
Miami, Florida, this _____ day of _____, 2013.

_____
United States District Judge

Copies furnished to:
All Counsel of Record