UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 12-24561-CIV-MARTINEZ-MCALILEY

TIM CHAPMAN and KENNETH A. MODICA,
on behalf of themselves and all others similarly
situated,
    Plaintiffs,

vs.

REMINGTON ARMS COMPANY, LLC, et al.,
    Defendants.
_____/

## ORDER GRANTING MOTION FOR DALE G. WILLS TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Defendants' Motion for Dale G. Wills to Appear *Pro Hac Vice* and Request to Electronically Receive Notices of Electronic Filing (D.E. No. 44). The Court has considered the motion and has been sufficiently advised. It is hereby:

**ORDERED AND ADJUDGED** that

Defendants' Motion for Dale G. Wills to Appear *Pro Hac Vice* and Request to Electronically Receive Notices of Electronic Filing (D.E. No. 44) is hereby **GRANTED**. Designated local counsel, Daniel B. Rogers, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk is **DIRECTED** to add the following email address to the docket, dwills@smbtrials.com, to ensure counsel admitted *pro hac vice* receives all future notices of electronic filing.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of April, 2013.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record