UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 12-24561-CIV-MARTINEZ-MCALILEY**

TIM CHAPMAN and KENNETH A. MODICA,
on behalf of themselves and all others similarly
situated,
    Plaintiffs,

vs.

REMINGTON ARMS COMPANY, LLC, et al.,
    Defendants.
_____/

## ORDER GRANTING MOTION FOR AMY M. CROUCH TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Defendants' Motion for Amy M. Crouch to Appear *Pro Hac Vice* and Request to Electronically Receive Notices of Electronic Filing (D.E. No. 47). The Court has considered the motion and has been sufficiently advised. It is hereby:

**ORDERED AND ADJUDGED** that

Defendants' Motion for Amy M. Crouch to Appear *Pro Hac Vice* and Request to Electronically Receive Notices of Electronic Filing (D.E. No. 47) is hereby **GRANTED**. Designated local counsel, Daniel B. Rogers, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk is **DIRECTED** to add the following email address to the docket, amcrouch@shb.com, to ensure counsel admitted *pro hac vice* receives all future notices of electronic filing.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of April, 2013.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record