UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:  12-24561-CIV-MARTINEZ-MCALILEY**

TIM CHAPMAN and KENNETH A. MODICA,
on behalf of themselves and all others similarly
situated,
      Plaintiffs,

vs.

REMINGTON ARMS COMPANY, LLC, et al.,
      Defendants.
_____/

## ORDER GRANTING MOTION FOR W. MARK LANIER
## TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Plaintiffs' Motion for W. Mark Lanier to Appear

*Pro Hac Vice* and Request to Electronically Receive Notices of Electronic Filing (D.E. No. 40).

The Court has considered the motion and has been sufficiently advised.  It is hereby:

**ORDERED AND ADJUDGED** that

Plaintiffs' Motion for W. Mark Lanier to Appear *Pro Hac Vice* and Request to

Electronically Receive Notices of Electronic Filing (D.E. No. 40) is hereby **GRANTED**.

Designated local counsel, Jordan Chaikin, shall, pursuant to Rule 4 of the Local Rules Governing

Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel

who is appearing *pro hac vice* complies with this Court's orders and all applicable rules.  The Clerk

is **DIRECTED** to add the following email address to the docket, WML@lanierlawfirm.com, to

ensure counsel admitted *pro hac vice* receives all future notices of electronic filing.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of April, 2013.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record