UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TIM CHAPMAN and KENNETH A.
MODICA, on behalf of themselves
and all others similarly situated,

      Plaintiffs,

            CASE NO.: 1:12-CV-24561-JEM

v.

REMINGTON ARMS COMPANY, LLC.,
SPORTING GOODS PROPERTIES, INC.
and E.I. DU PONT DE NEMOURS AND
COMPANY,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2013, I served *Plaintiff's First Requests for Production* upon all parties of record by electronic mail as well as mailing a copy thereof to the address indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service.

**Paul T. Reid**
**Daniel B. Rogers**
**Michael A. Holt**
Shook, Hardy & Bacon LLP
201 S. Biscayne Boulevard, Suite 3200
Miami, Florida 33131-4332
(305) 358-5171
Fax: (305) 358-7470
Email:  preid@shb.com
    drogers@shb.com
    mholt@shb.com

**Dale G. Wills**
**James B. Vogts**
Swanson, Martin & Bell, LLP

1

330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 923-8266
Fax: (312) 321-0990
Email: dwills@smbtrials.com
jvogts@smbtrials.com

**John K. Sherk**
**Amy M. Crouch**
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550
Fax: (816) 421-5547
Email: jsherk@shb.com
amcrouch@shb.com

DATED this 5th day of July, 2013.     Respectfully submitted,

By:     /s/ Jordan L. Chaikin
Jordan L. Chaikin
Florida Bar Number 0878421
**PARKER WAICHMAN LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: jchaikin@yourlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 5th day of July 2013, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By:     /s/ Jordan L. Chaikin
Jordan L. Chaikin
Florida Bar Number 0878421
**PARKER WAICHMAN LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: jchaikin@yourlawyer.com