UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TIM CHAPMAN and KENNETH A.
MODICA, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

CASE NO.: 1:12-CV-24561-JEM

v.

REMINGTON ARMS COMPANY, LLC.,
SPORTING GOODS PROPERTIES, INC.
and E.I. DU PONT DE NEMOURS AND
COMPANY,

        Defendants.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 5, 2013, I served *Plaintiff's First Requests for Admission* upon all parties of record by electronic mail as well as mailing a copy thereof to the address indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service.

**Paul T. Reid**
**Daniel B. Rogers**
**Michael A. Holt**
Shook, Hardy & Bacon LLP
201 S. Biscayne Boulevard, Suite 3200
Miami, Florida 33131-4332
(305) 358-5171
Fax: (305) 358-7470
Email: preid@shb.com
       drogers@shb.com
       mholt@shb.com

**Dale G. Wills**
**James B. Vogts**
Swanson, Martin & Bell, LLP

330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 923-8266
Fax:  (312) 321-0990
Email:  dwills@smbtrials.com
         jvogts@smbtrials.com

**John K. Sherk**
**Amy M. Crouch**
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri  64108
(816) 474-6550
Fax:  (816) 421-5547
Email:  jsherk@shb.com
         amcrouch@shb.com

DATED this 5th day of July, 2013.          Respectfully submitted,

                                           By:     /s/ Jordan L. Chaikin
                                                  Jordan L. Chaikin
                                                  Florida Bar Number 0878421
                                                  **PARKER WAICHMAN LLP**
                                                  3301 Bonita Beach Road, Suite 101
                                                  Bonita Springs, Florida 34134
                                                  Telephone: (239) 390-1000
                                                  Facsimile: (239) 390-0055
                                                  Email: jchaikin@yourlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 5th day of July 2013, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

                                           By:     /s/ Jordan L. Chaikin
                                                  Jordan L. Chaikin
                                                  Florida Bar Number 0878421
                                                  **PARKER WAICHMAN LLP**
                                                  3301 Bonita Beach Road, Suite 101
                                                  Bonita Springs, Florida 34134
                                                  Telephone: (239) 390-1000
                                                  Facsimile: (239) 390-0055
                                                  Email: jchaikin@yourlawyer.com