UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 12-24561-CIV-MARTINEZ-MCALILEY

TIM CHAPMAN and KENNETH A.
MODICA, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

v.

REMINGTON ARMS COMPANY, LLC,
SPORTING GOODS PROPERTIES, INC.
and E.I. DU PONT NEMOURS AND
COMPANY,

        Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Tim Chapman and Kenneth A. Modica, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby give notice of voluntarily dismissing the above-captioned action *without* prejudice.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 6th day of August 2013, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By: _____/s/ Jordan L. Chaikin_____
      Jordan L. Chaikin
      Florida Bar Number 0878421
      **PARKER WAICHMAN LLP**
      3301 Bonita Beach Road, Suite 101
      Bonita Springs, Florida 34134
      Telephone: (239) 390-1000
      Facsimile: (239) 390-0055
      Email: jchaikin@yourlawyer.com